ACCEPTED
09-17-00017-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/12/2017 8:29 AM
CAROL ANNE HARLEY
CLERK

NO. 09-17-00017-CR

| | | |
|---|---|---|
| RONNIE COFTY, JR., | § | IN THE COURT OF APPEALS |
| APPELLANT | § | |
| | § | |
| V. | § | NINTH DISTRICT OF TEXAS |
| | § | |
| STATE OF TEXAS, | § | |
| APPELLEE | § | AT BEAUMONT |

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/12/2017 8:29:29 AM
CAROL ANNE HARLEY
Clerk

## MOTION TO EXTEND TIME TO FILE THE STATE'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes Appellee, the State of Texas, in the above-styled and numbered cause, and moves this Court to grant an extension of time to file the State's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause would show the following:

1. This case is on appeal from the 1st Judicial District Court of Jasper County, Texas;

2. The case below was styled the STATE OF TEXAS v. RONNIE COFTY, JR., and numbered 12,748JD;

3. On January 10, 2017, Appellant was convicted of Aggravated Robbery;

4. On January 10, 2017, Appellant was sentenced to 30 years in the Institutional Division of the Texas Department of Criminal Justice;

5. Appellant's Notice of Appeal was filed on January 18, 2017;

6. The clerk's record was filed on February 03, 2017, and the reporter's record was filed on July 11, 2017;

7. Appellant's First Motion for Extension of Time to File Brief in the above styled and numbered cause was filed and granted on August 8, 2017;

8. Appellant's Second Motion for Extension of Time to File Brief in the above styled and numbered cause was filed and granted on September 11, 2017;

9. Appellant's Final Motion for Extension of Time to File Brief in the above styled and numbered cause was filed and granted on October 11, 2017;

10. Appellant's brief was filed on November 13, 2017;

11. The State's brief is due on December 13, 2017;

12. The State requests an extension of time of 30 days from December 13, 2017 to file its brief;

13. No extension of time to file the State's brief has been received in this cause;

14. Appellant is currently incarcerated;

15. The State provides the following facts as good cause for the requested extension:

The undersigned assistant criminal district attorney due to a heavy felony trial docket and juvenile case load was is unable to adequately prepare the State's brief.

16. This extension is not sought for delay but that the State may have time to adequately prepare its brief in order that justice may be done;

17. The State has conferred with opposing counsel, who is unopposed to the requested extension.

WHEREFORE, PREMISES CONSIDERED, the State prays that this Court grant the Motion to Extend Time to File the State's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

STEVEN M. HOLLIS
Criminal District Attorney
SBN: 09882750
Jasper County, Texas
121 N. Austin Street, Rm 101
Jasper, Texas 75951
(409)384-4362 Telephone
(409)384-1309 Fax

By: _____
DANIEL W. BOYD
Assistant Criminal District Attorney
SBN: 24085216


## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion for Extension to File the State's Brief has been served on counsel for Appellant, Mr. Dennis Horn, 1075 CR 619, Kirbyville, Texas 75956, via hand delivery or fax, on this 12th day of December, 2017.

_____
Daniel W. Boyd